**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO.  13-10** |
| | : | |
| **MICHAEL GREEN** | : | |

## **ORDER**

**AND NOW**, this 21st day of May 2026, upon careful and independent consideration of

the motions to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (DI 71, 89),

defendant's motion to grant bail (DI 131), Judge Sitarski's November 7, 2025 Report and

Recommendation (DI 134), defendant's objections (DI 144), and for reasons in the

accompanying memorandum, it is **ORDERED**:

1. The Report and Recommendation (DI 134) is **APPROVED** and **ADOPTED**.

2. The defendant's objections (DI 144) are **OVERRULED**.

3. Defendant's motions (DI 71, 89) are **DENIED**.

4. Defendant's motion to grant bail (DI 131) is **DENIED**.

5. There is no basis for the issuance of a certificate of appealability.

6. The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**